UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KEVIN WATKINS,

                Plaintiff,

-against-

UNITED STATES POSTAL SERVICE,

                Defendant.
-----------------------------------------------------------------X

JUDGMENT
05-CV- 0588 (DGT)

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT ED. N.Y.
★ AUG 1 4 2006 ★
P.M. _____
TIME A.M. _____

       A Memorandum and Order of Honorable David G. Trager, United States District Judge, having been filed on August 11, 2006, granting defendant's motion for summary judgment; an dismissing the action; it is

       ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that defendant's motion for summary judgment is granted; and that the action is dismissed.

Dated: Brooklyn, New York
       August 14, 2006

ROBERT C. HEINEMANN
Clerk of Court

By Terry Vaughn
Chief Deputy